IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAN ANTONIO FIREFIGHTERS' ASSOCIATION, LOCAL 624, | § § § § § § § § § § § § § | |
| *Plaintiff*, | | 5-18-CV-00745-XR |
| vs. | | |
| THE CITY OF SAN ANTONIO, TEXAS, | | |
| *Defendant*. | | |

## ORDER

**IT IS ORDERED THAT** the June 13 hearing on Defendant's Motion for Protective Order, Dkt. No. 38, is **RE-SET** to **June 14, 2019 at 2:30 pm**.

**IT IS SO ORDERED**.

SIGNED this 5th day of June, 2019.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE