UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SAN ANTONIO FIREFIGHTERS' ASSOCIATION, LOCAL 624,<br><br>*Plaintiff*,<br><br>*v.*<br><br>THE CITY OF SAN ANTONIO, TEXAS,<br><br>*Defendant*. | §§§§§§§§§§§§<br><br>Civil Action No.  SA-18-CV-745-XR |

## ORDER

The Pretrial Conference set for September 12, 2019 is RE-SET for Wednesday, September 11, 2019, at 10:30 a.m.

It is so ORDERED.

SIGNED this 17th day of June, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE