AO 450 (Rev. 01/09) Judgment in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

SEP - 1 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

SAN ANTONIO FIREFIGHTERS' ASSOCIATION, LOCAL 624 )
v. )
THE CITY OF SAN ANTONIO, TEXAS )
*Defendant* )

Civil Action No. SA-18-CV-745-XR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the Court GRANTS Defendant's Motion for Summary Judgment. Judgment is in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by its claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Xavier Rodriguez.

Date: 09/01/2019

CLERK OF COURT   Jeannette J. Clack

_Raann M Graig_
*Signature of Clerk or Deputy Clerk*